936

Residency, custody and control established, we find that plaintiff is entitled to tuition-free attendance to the schools of the district in which her guardian is paying taxes. The judgment of the trial court is reversed and remanded with directions to issue the writ of *mandamus*.

Reversed and remanded with directions.

SEIDENFELD and GUILD, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BRENT CLIFFORD BLAYDES, Defendant-Appellant.

(No. 70-214; ▮▮▮▮▮▮▮▮)

Second District—February 24, 1972.

Opinion by Mr. JUSTICE LOCKE.

Harold W. Wynkoop, of Chicago, for appellant.

William Ketcham, State's Attorney, of Geneva, (W. Ben Morgan and Leo Wotan, Jr., of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANDREW CURTIS, Defendant-Appellant.

(No. 71-11; ▮▮▮▮▮▮▮▮)

Third District—December 20, 1971.

*Rehearing denied January 18, 1972.*